Patterson, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

CLAL FINANCE MUTUAL FUND )
MANAGEMENT, LTD, and MARLENE )
STULBACH, on behalf of themselves and all ) Case No. 1:10-cv-08392
others similarly situated, )
)
Plaintiffs, )
vs. ) Hon. Robert P. Patterson
)
JPMORGAN CHASE & CO., J.P. MORGAN )
CLEARING CORP., J.P. MORGAN )
SECURITIES INC., J.P. MORGAN FUTURES )
INC., HSBC HOLDINGS PLC, HSBC )
SECURITIES (USA) INC., and HSBC BANK )
USA, NATIONAL ASSOCIATION, )
)
Defendants. )

---

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs CLAL Finance Mutual Fund Management, Ltd, and Marlene Stulbach and defendants JPMorgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities Inc., J.P. Morgan Futures Inc. (collectively, "JPMorgan"), HSBC Securities (USA) Inc. and HSBC Bank USA, National Association (collectively, "HSBC") (together with JPMorgan, "Stipulating Defendants"), by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows concerning Stipulating Defendants' time to answer, move to dismiss or otherwise respond to the complaint in the above-captioned proceeding (the "Complaint"):

### RECITALS

WHEREAS, on November 05, 2010, Plaintiffs commenced the above-captioned proceeding in this District;

WHEREAS, other cases alleging similar claims under the Commodity Exchange Act, 7 U.S.C. § 1, *et seq.*, Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, *et seq.*, and other laws have been filed in United States District Court for the Southern District of New York and in the United States District Court for the Eastern District of New York against Stipulating Defendants (collectively, with the above-captioned action, the "Actions");

WHEREAS, the Plaintiff in the Action styled *DePaoli* v. *JPMorgan Chase & Co*, *et al.*, 1:10-cv-05054 (E.D.N.Y.), filed a Motion for Transfer and Consolidation of Related Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("DePaoli Motion");

WHEREAS, the Plaintiff in the Action styled *Nalven* v. *JP Morgan Chase & Co.*, *et al.*, 1:10-cv-08284 (S.D.N.Y.), filed a Motion for Transfer and Consolidation of Related Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("Nalven Motion");

WHEREAS, the Judicial Panel on Multidistrict Litigation ("JPML") has assigned MDL No. 2213 and has ordered that any responses to the DePaoli Motion and the Nalven Motion are due on or before November 29, 2010;

WHEREAS, the parties therefore agree that Stipulating Defendants need not answer or otherwise respond to the Complaint because the Complaint will likely be superseded by a consolidated amended complaint in MDL No. 2213;

WHEREAS, this is the parties' first application to extend the time for Stipulating Defendants to respond to the Complaint;

THEREFORE, IT IS STIPULATED AND AGREED:

1. Stipulating Defendants need not answer, move to dismiss or otherwise respond to the Complaint until after the JPML rules on whether to transfer this Action as part of MDL No. 2213.

2. Stipulating Defendants shall have 60 days to answer, move to dismiss or otherwise respond to the operative complaint in this Action from the earlier of (1) the filing of a consolidated amended complaint in MDL No. 2213, or (2) service of the JPML's decision that this Action will not be transferred as part of MDL No. 2213.

3. The entry into this Stipulation shall not constitute a waiver of any defense.

4. If any answer or other responsive pleading is filed by any Stipulating Defendant in any of the Actions before the date provided by this Stipulation, or if any documents are produced in such Actions, the Stipulating Defendants will file their answer or responsive pleading, and shall produce such documents, in this Action. Any production of documents will be subject to a protective order to be negotiated by the parties.

5. Stipulating Defendants agree that they have been served or have agreed to waive service with respect to this Action.

6. All parties agree that they will preserve documents and other materials in accordance with their obligations under the Federal Rules of Civil Procedure. By preserving a document, a party does not concede that the document is discoverable or relevant.

7. By entering into this Stipulation, no party thereto shall be precluded from arguing that the JPML petitions that have been filed are legally insufficient or otherwise should be dismissed.

8. Neither party shall rely on this Stipulation to argue that this Action is stayed.

AGREED:

Dated: November 29, 2010

_____
Adam G. Kurtz
Michael M. Buchman
POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

David Jaroslawicz
JAROSLAWICZ & JAROS
25 Broadway, 24th Floor
New York, New York 10007
Telephone: (212) 227-2780
Facsimile: (212) 227-5090
davidjaroslawicz@yahoo.com

Cecil Gardner
Kimberly C. Walker
THE GARDNER FIRM P.C.
210 S. Washington Avenue
Mobile, Alabama 36602
Telephone: (251) 433-3200
Facsimile: (251) 433-8181

Eric Franz
Timothy Parlatore
LAW OFFICES OF ERIC FRANZ,
P.L.L.C.
747 Third Avenue, 20th Floor
New York, New York, 10017
Telephone: (212) 355-2200
Facsimile: (212) 937-2217

_____
Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 956-7500
*Attorneys for Defendants JPMorgan Chase &
Co.; J.P. Morgan Clearing Corp.; J.P. Morgan
Securities Inc.; J.P. Morgan Futures, Inc.*

_____
David E. Brodsky
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael Lazerwitz
Leah Brannon
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006
(202) 974-1500
*Attorneys for Defendants HSBC Securities
(USA) Inc. and HSBC Bank USA, National
Association*

Timothy Battin
STRAUSS & BOIES
4040 University Drive 5th Floor
Fairfax, Virginia, 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

Lionel Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the stars Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Edith M. Kallas
Joe R. Whatley Jr.
WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Daniel E. Gustafson
Jason S. Kilene
Daniel C. Hedlund
GUSTAFSON GLUEK, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs CLAL Finance Mutual Fund Management, Ltd. And Marlene Stulbach*

IT IS SO ORDERED:

12/1/10

Hon. Robert P. Patterson
United States District Judge