```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

COMMODITY EXCHANGE, INC., SILVER FUTURES       11 MD 2213 (RPP)
AND OPTIONS TRADING LITIGATION

**ORDER**
-------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The following cases pending in the Southern District of New York and assigned to this Court are transferred to 11 MD 2213 as related cases.

- 10-cv-08343-RPP, Wolanyk v. JP Morgan Chase & Co. et al
- 10-cv-08353-RPP, Malamud v. JP Morgan Chase & Co. et al
- 10-cv-08356-RPP, White v. JP Morgan Chase & Co. et al
- 10-cv-08387-RPP, Willetz v. JP Morgan Chase & Co. et al
- 10-cv-08392-RPP, Clal Finance Mutual Fund Management, Ltd. et al v. JP Morgan Chase & Co. et al
- 10-cv-08461-RPP, Elliott et al v. JP Morgan Chase & Co. et al
- 10-cv-08479-RPP, Wagner v. JP Morgan Chase & Co. et al
- 10-cv-08548-RPP, Maher v. JP Morgan Chase & Co. et al
- 10-cv-08565-RPP, Silva v. JP Morgan Chase & Co. et al
- 10-cv-08569-RPP, Kosanovich v. JP Morgan Chase & Co. et al
- 10-cv-08578-RPP, Hougher v. JP Morgan Chase & Co. et al
- 10-cv-08591-RPP, Hurt v. JP Morgan Chase & Co. et al
- 10-cv-08616-RPP, Anderson et al v. JP Morgan Chase & Co. et al
- 10-cv-08617-RPP, AIS Futures Management, LLC et al v. JP Morgan Chase & Co. et al
- 10-cv-08724-RPP, Nicholson v. JP Morgan Chase & Co. et al
- 10-cv-08739-RPP, Crystal et al v. JP Morgan Chase & Co. et al
- 10-cv-08767-RPP, Kam et al v. JP Morgan Chase & Co. et al
- 10-cv-08817-RPP, Feldman et al v. JP Morgan Chase & Co. et al
- 10-cv-08871-RPP, Sandau v. JP Morgan Chase & Co. et al
- 10-cv-08884-RPP, Anderson v. JP Morgan Chase & Co. et al
- 10-cv-08960-RPP, Cohen et al v. JP Morgan Chase & Co. et al
- 10-cv-09136-RPP, Ralli v. JP Morgan Chase & Co. et al
- 10-cv-09179-RPP, Gamma Traders I, LLC v. JP Morgan Chase & Co. et al
- 10-cv-09376-RPP, Montgomery v. JP Morgan Chase & Co. et al
- 10-cv-09386-RPP, Berkson v. JP Morgan Chase & Co. et al
- 10-cv-09575-RPP, Antin et al v. JP Morgan Chase & Co. et al

IT IS SO ORDERED.

Dated: New York, New York
       February 24, 2011

                                                    Robert P. Patterson, Jr.
                                                        U.S.D.J.

**Copies of this order sent to the following attorneys. All other counsel of record notified by ECF.**

Counsel for the Wolanyk Plaintiffs:
**Gregory Alan Frank**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212)-682-1818
Fax: (212)-682-1892

**Bonny E. Sweeney**
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)231-1058
Fax: (619)231-7423

**Mitchell J. Olson**
Casey Gerry Schenk Francavilla Blatt & Penfield LL
110 Laurel St.
San Diego, CA 92101
(619)-238-1811
Fax: (619)-544-9232

Counsel for the Malamud Plaintiffs:
**Sandy A Liebhard**
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218

Counsel for the White Plaintiffs
**Vincent Briganti**
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, NY 10601
9149970500
Fax: 9149970035

**Christopher T. Heffelfinger**
Berman DeValerio Pease Tabacco Burt & Pucillo
One California Street, Suite 900
San Francisco, CA 94111
415-433-3200
Fax: 415-433-6382

Counsel for Willetz Plaintiffs
**Seth Rich Gassman**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212)838-7797 x0665
Fax: (212)838-7745

Counsel for Clal Finance Mutual Fund Management Plaintiffs
**Edith M. Kallas**
Whatley, Drake & Kallas, LLC (NYC)
1540 Broadway, 37th Floor
New York, NY 10036
(212) 447-7070
Fax: (212) 447-7077

**David Jaroslawicz**
Jaroslawicz & Jaros, LLC
225 Broadway
suite 2410
New York, NY 10007
212 227-2780
Fax: 212 227-5090

**Michael Morris Buchman**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
212-661-1100
Fax: 212-661-8665

Counsel for Elliott Plaintiffs
**Peter George Safirstein**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212)-594-5300
Fax: (212)-868-1229

Counsel for Wagner Plaintiffs
**Jeffrey Alan Klafter**
Klafter, Olsen & Lesser, LLP
Two International Drive
Ste 350
Rye Brook, NY 10573
(914) 934-9200
Fax: (914) 934-9220

Counsel for Maher Plaintiffs
**Gregory Keith Arenson**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
212-687-1980
Fax: 212-687-7714

Counsel for Silva Plaintiffs
**Gregory Keith Arenson**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
212-687-1980
Fax: 212-687-7714

**David H. Fink**
The Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307
248-841-2200
Fax: 248-652-2852

Counsel for Kosanovich Plaintiffs
**Gregory Alan Frank**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10018
(212)-682-1818
Fax: (212)-682-1892

**Eugene A. Spector**
Spector, Roseman & Kodroff Willis, P.C. (PA)

1818 Market Street, 25th Floor
Philadelphia, PA 19103
(215) 496-0300
Fax: (215)-496-6611

Counsel for Hougher Plaintiffs
**Peter George Safirstein**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212)-271-8205
Fax: (212)-868-1229

Counsel for Hurt Plaintiffs
**Bonny E. Sweeney**
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)231-1058
Fax: (619)231-7423

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP (Seattle)
1918 8th, Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
Fax: (206)-623-0594
Email: steve@hbsslaw.com

Counsel for Anderson Plaintiffs
**Benjamin Martin Jaccarino**
Lovell Stewart Halebian Jacobson LLP
61 Broadway
Suite 501
New York, NY 10006
(212)-608-1900
Fax: (212)-719-4775

**R Doak Bishop**
King & Spalding LLP (TX)
1100 Louisiana
Houston, TX 77002
713-751-3200
Fax: 713-751-3290

6

**Richard J. Schager, Jr**
Stamell & Schager, L.L.P.
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 566-4047
Fax: (212)-566-4061

Counsel for AIS Futures Management LLC Plaintiffs
**Steig Olson**
Hausfeld LLP
11 Broadway
Suite 615
New york, Ny 10004
(212) 278-0877
Fax: (212) 480-8560

Counsel for Nicholson Plaintiffs
**Vincent Briganti**
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, NY 10601
914-997-0500
Fax: 914-997-0035

Counsel for Crystal Plaintiffs
**Samuel Howard Rudman**
Robbins Geller Rudman & Dowd LLP(LI)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

**Sean R. Matt**
Hagens & Berman
1918 Eight Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
Fax: 206-623-0594

Counsel for Kam Plaintiffs

7

**Jonathan K. Levine**
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
Fax: 415-981-4846

Counsel for Feldman Plaintiffs
**Jeffrey H. Squire**
BRAGAR WEXLER EAGLE & SQUIRE, P.C.
885 Third Avenue
Suite 3040
New York, NY 10022
(212) 308-5858
Fax: (212) 486-0462

Counsel for Sandau Plaintiffs
**Bonny E. Sweeney**
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)231-1058
Fax: (619)231-7423

Counsel for Anderson Plaintiffs
**David W. Oppenheim**
Kaufmann Feiner Yamin Gildin & Robbins LLP
777 Third Avenue, 24th Floor
New York, NY 10017
(212) 755-3100
Fax: 212)-755-3174

**Michael Jonathan Freed**
NYC Dep't of Housing Preservation & Development
100 Gold Street 3-A5
New York, NY 10038
(212) 863-8215
Fax: (212) 863-8201

Counsel for Cohen Plaintiffs
**Samuel Jay Lieberman**
Sadis & Goldberg
551 Fifth Avenue
21st Floor
New York, NY 10176

(212) 573-8164
Fax: (212) 573-8149

**Charles H. Dufresne , Jr**
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
212-889-3700
Fax: 212-684-5191

Counsel for Ralli Plaintiffs
**Craig L. Briskin**
Mehri & Skalet, PLLC
1250 Connecticut Avenue, N.W.,
Suite 300
Washington, DC 20036
(202)822-5100
Fax: (202)822-4997

Counsel for Gamma Traders Plaintiffs
**Douglas R Hirsch**
Sadis & Goldberg
551 Fifth Avenue
21st Floor
New York, NY 10176
212-573-6660
Fax: 212-573-6661

**Charles H. Dufresne , Jr**
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
212-889-3700
Fax: 212-684-5191

Counsel for Montgomery Plaintiffs
**Brian Douglas Penny**
Goldman Scarlato & Karon, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19087
(484) 342-0700
Fax: (484) 342-0701

**Mark S. Goldman**
Labaton Sucharow LLP
140 Broadway

9

New York, NY 10005
(212)-907-0702
Fax: (212) 818-0477

Counsel for Berkson Plaintiffs
**Stephen Leland Brodsky**
Zwerling, Schachter & Zwerling (Madison Avenue)
41 Madison Avenue
New York, NY 10010
(212)223-3900
Fax: (212) 371-5969

**Steven A. Schwartz**
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610)-642-8500
Fax: (610)-649-3633
Email: steveschwartz@chimicles.com
*ATTORNEY TO BE NOTICED*

Counsel for Antin Plaintiffs
**Bruce Lee Simon**
Pearson Simon Warshaw & Penny, LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
(415) 433-9000
Fax: (415) 433-9008

**Steven Mark Kaplan**
Kaplan & Levenson LLP
630 Third Avenue
New York, NY 10017
212.983.6900
Fax: 212.983.9210
Email: smk@kaplev.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant JP Morgan Chase
**Amanda Flug Davidoff**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212) 558-3041
Fax: (212) 558-3354

10

**Daryl Andrew Libow**
Sullivan & Cromwell LLP (Washington DC)
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
(220)-956-7650
Fax: (220)-293-6330